IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MARTINEZ,

    Plaintiff,   No. 2:00-cv-1590 FCD GGH P

  vs.

STATE OF CALIFORNIA

JUDICIARY OFFICIALS,

    Defendants.   <u>ORDER</u>

_____/

    On March 19, 2013, plaintiff filed a 47 page document which is incomprehensible.  This civil rights action was closed on December 19, 2000.  Plaintiff's filing does not appear to be one contemplated by the Federal Rules of Civil or Appellate Procedure.  Therefore, this document (Docket No. 12) will be placed in the file and disregarded.

    IT IS SO ORDERED.

DATED: April 9, 2013

                /s/ Gregory G. Hollows
          UNITED STATES MAGISTRATE JUDGE

GGH:076:kly
mart1590.58ggh